Paul A. PORTER, Administrator, Office of Price Administration, v. Joe BENOV, as an Individual and Doing Business as Joe's Cab Company.

SAME v. Eddie DUNDON, as an Individual and Doing Business as Checker Cab Company.

SAME v. Willard LEWIS, as an Individual and Doing Business as Ritz Cab Company.

SAME v. Freda MARLAR, as an Individual and Doing Business as Bill's Cab Company.

SAME v. L. E. POWELL, as an Individual and Doing Business as Green & White Cab Company.

SAME v. Mrs. John SHREYER, as an Individual and Doing Business as John's Cab Company.

SAME v. Lloyd WOODS, as an Individual and Doing Business as Publix Cab Company.

SAME v. Forrest WOODS, as an Individual and Doing Business as Zone Cab Company and Dollar Line.
Nos. 3343–3350.

Circuit Court of Appeals, Tenth Circuit.
June 21, 1946.

Milton Klein, Director, Litigation Division, and David London, Chief Appellate Branch, Office of Price Administration, both of Washington, D. C., and Max D. Melville, Regional Atty., Office of Price Administration, of Denver, Colo., for appellant.

Rogers & Bruno, of Denver, Colo., for appellees.

Foster Cline, of Denver, Colo., of counsel for appellee Powell.

Nathan R. Kobey, of Denver, Colo., of counsel, for appellee Woods.

Before PHILLIPS, HUXMAN, and MURRAH, Circuit Judges.

PER CURIAM.

Order of United States District Court of February 18, 1946, denying application for temporary injunction, vacated June 21, 1946, and causes remanded with instructions to hear application for temporary injunction.

NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Ralph BELLOWS, Doing Business as Mineral Springs Coca-Cola Bottling Company.

No. 13385.

Circuit Court of Appeals, Eighth Circuit.
June 24, 1946.

David A. Morse, Gen. Counsel, National Labor Relations Board, and A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, on petition for enforcement and stipulation filed with Board.